UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-66

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **APPROXIMATELY $34,100 IN UNITED STATES CURRENCY SIEZED FROM GAIGE CALEB JOHNSON ON SEPTEMBER 29, 2021 AT THE CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT**, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Entry of Default Judgment. (Doc. 8). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

*Approximately $34,100 in U.S. Currency seized from Gaige Johnson on September 29, 2021 at Charlotte-Douglas International Airport.*

Signed: May 6, 2022



Max O. Cogburn Jr.
United States District Judge

-1-